James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

ORDER

Steve W. Berman
Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL STEWART, BRIAN ROEDER, LORENZO HAMILTON, BEN REHKEMBER, ANN BRUMBACK, AMANDA MCAVOY, and KAREN RYDER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD.,<br><br>      Defendants. | Case No.: 2:22-cv-02057-EP-AME<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntary dismiss without prejudice the above-titled action against Defendants. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiffs' dismissal of the Action is effective upon the filing of this notice and is without prejudice.

DATED: July 5, 2022

Steve W. Berman
Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

**So Ordered.**
**/s/ Evelyn Padin**
**7/11/2022**